```
                    FILED
            CLERK, U.S. DISTRICT COURT

              MAY - 1 2009

        CENTRAL DISTRICT OF CALIFORNIA
        BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SA CR08-85 JVS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>  Thomas Tran<br><br>    Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or
(B)  (✓)  the safety of any person or the community.

//
//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by the law_
_and court orders_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he can abide by rules and_
_regulations of placement_

IT IS ORDERED that defendant be detained.

DATED: 5/1/09

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2