FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Zion, Thomas J<br><br>　　　　　　　　Defendant. | Case No.: SACR08-85-JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　[X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __Backgrd cnty ties unknown; bail resources unknown; history of viol release conditions, which evidences a lack of amenability to supervision__

1
2
3      and/or
4  B.  [X] The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on ___criminal history record; Conduct
8      in committing new crimes while under
9      supervision___
10
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __5/11/12__
17                                               ROBERT N. BLOCK
                                                 UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28